*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
*DATED: 9/24/2015*

1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  Alexander M. Porcaro (State Bar No. 281185)
   aporcaro@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   WEBBANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendant. | Case No. 5:15-cv-03857-EJD<br><br>**STIPULATION TO EXTEND DEFENDANT WEBBANK'S TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |

Plaintiff Lisa Stoelting and Defendant WebBank, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 16, 2015, Plaintiff filed her Complaint in this action in the Superior Court of the State of California for the County of Santa Clara;

WHEREAS, on August 24, 2015, Defendant TransUnion, LLC filed a notice to remove this action to this Court pursuant to 28 U.S.C. § 1441 *et seq*;

WHEREAS, on September 3, 2015, Plaintiff served WebBank with a copy of her Complaint;

WHEREAS, WebBank currently must file and serve a response to the Complaint on or before September 24, 2015, pursuant to Federal Rule of Civil Procedure 81(c)(2);

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND WEBBANK'S TIME TO
RESPOND TO COMPLAINT
Case No. 5:15-cv-03857-EJD

32282\5056591.1

WHEREAS, Plaintiff and WebBank have not yet filed any stipulation in this Court as to WebBank's time to file and serve a response to the Complaint;

WHEREAS, Plaintiff and WebBank have agreed, pursuant to Civil Local Rule 6-1(a), to extend the time for WebBank to respond to the Complaint to and including October 30, 2015;

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, PLAINTIFF AND WEBBANK HEREBY AGREE AND STIPULATE THAT WebBank shall have to and including October 30, 2015, to respond to the Complaint.

IT IS SO STIPULATED.

Dated: September 23, 2015      SAGARIA LAW, P.C.

By:  */s/ Elliot W. Gale*
       Elliot W. Gale

Attorneys for Plaintiff
LISA STOELTING

Dated: September 23, 2015      FARELLA BRAUN + MARTEL LLP

By:  */s/ Alexander M. Porcaro*
       Alexander M. Porcaro

Attorneys for Defendant
WEBBANK

**FILER'S ATTESTATION**

In compliance with Civil Local Rule 5-1(i), I hereby attest that all signatories have concurred in the filing of this document.

Dated: September 23, 2015

*/s/ Alexander M. Porcaro*
Alexander M. Porcaro

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND WEBBANK'S TIME TO
RESPOND TO COMPLAINT
Case No. 5:15-cv-03857-EJD

- 2 -