SCOTT J. SAGARIA (State Bar No. 217981)
ELLIOT W. GALE (State Bar No. 263326)
JOSEPH B. ANGELO (State Bar No. 268542)
SCOTT M. JOHNSON (State Bar No. 287182)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
LISA STOELTING

**GRANTED**
Judge Edward J. Davila
10/23/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; AMERICAN EXPRESS COMPANY; FORD MOTOR COMPANY OMAHA SERVICE CENTER; TRI COUNTIES BANK; FORD CREDIT; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 5:15-cv-03857-EJD <br><br> [Removed from the Superior Court of California in and for the County of Santa Clara, Case No. 1:15-cv-281920] <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FORD MOTOR COMPANY OHAMA SERVICE CENTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** <br><br> The Hon. Edward J. Davila, Ctrm. 4 <br><br> Action Filed:  June 16, 2015 <br> Removal Date: August 24, 2015 <br> Trial Date:    None |

08888.1874/5353024.1                                                                                         5:15-cv-03857-EJD
NOTICE OF VOLUNTARY DISMISSAL OF FORD MOTOR COMPANY OHAMA SERVICE CENTER

1  **PLEASE TAKE NOTICE** that plaintiff LISA STOELTING, pursuant to Federal rule of
2  Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant FORD MOTOR CREDIT
3  COMPANY LLC, erroneously sued herein as FORD MOTOR COMPANY OHAMA SERVICE
4  CENTER ("Ford Credit"), as to all claims in this action.
5      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
6      41(a) Voluntary Dismissal.
7          (1) By the Plaintiff.
8              (a) *Without a Court Order.* Subject to Rules 23(3), 23.1(c), 23.2, and 66 and
9              any applicable federal statute, the plaintiff may dismiss an action without a
10             court order by filing:
11                 (1)  a notice of dismissal before the opposing party service either an
12                 answer or a motion for summary judgment.
13     Ford Credit has neither answered Plaintiff's Complaint, nor filed a motion for summary
14 judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an
15 Order of the Court.
16 DATED:  October 22, 2015        SAGARIA LAW, P.C.
17
18                 By:    */s/ Joseph B. Angelo*
19                          Joseph B. Angelo
20                 Attorneys for Plaintiff
21                 LISA STOELTING
22
23 I, Austin B. Kenney, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Joseph B. Angelo has concurred in this filing.
24 */s/ Austin B.  Kenney*
25
26
27
28