Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>            Defendants. | Case No.  5:15-cv-03857-EJD<br><br>Assigned to: Judge Edward J. Davila<br><br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTE THAT** Plaintiff Lisa Stoelting and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

Dated:  November 5, 2015                    SAGARIA LAW, P.C.


                                                By: */s/ Elliot Gale*
                                                   Elliot Gale

                                                   Attorneys for Plaintiff
                                                   LISA STOELTING

| | | |
|---|---|---|
| 1 | Dated: November 5, 2015 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Alyssa M. Staudinger* |
| 4 | |     Alyssa M. Staudinger |
| 5 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

# CERTIFICATE OF SERVICE

I, Alyssa M. Staudinger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **November 5, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Scott J. Sagaria<br>Elliot W. Gale<br>Joseph B. Angelo<br>Scott M. Johnson<br>SAGARIA LAW, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA 95110<br>408.279.2288; Fax: 408.279.2299<br><br>*Attorneys for Plaintiff*<br>*LISA STOELTING* | Thomas P. Quinn<br>Nokes & Quinn<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>Tel: 949-376-3500<br>Fax: 949-376-3070<br>Email: tquinn@nokesquinn.com<br><br>*Attorneys for Defendant*<br>*EQUIFAX, INC.* |
| Lauren E. Tate<br>Monica Katz-Lapides<br>Tate & Associates<br>1321 Eighth Street, Suite 4<br>Berkeley, CA 94710<br>Tel: 510-525-5100<br>Fax: 510-525-5130<br>Email: ltate@tateandassociates-law.com<br><br>*Attorneys for Defendant*<br>*TRANSUNION, LLC* | Alexander Marcus Porcaro<br>Farella Braun Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>Tel: 415-954-4400<br>Fax: 415-954-4480<br>Email: aporcaro@fbm.com<br><br>*Attorneys for Defendant*<br>*WebBank* |

Executed on November 5, 2015, at Irvine, California.

/s/ Alyssa M. Staudinger
Alyssa M. Staudinger

NAI-1500626565v1 — - 3 - — NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN
Case No. 5:15-cv-03857-EJD