

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  LISA STOELTING,                    Federal Case No.: 5:15-CV-03857-EJD

13         Plaintiff,                  **PLAINTIFF'S NOTICE OF VOLUNTARY
                                       DISMISSAL OF DEFENDANT**
14     vs.                             **AMERICAN EXPRESS PURSUANT TO**
                                       **FEDERAL RULE OF CIVIL**
15  EXPERIAN INFORMATION SOLUTIONS,    **PROCEDURE 41(A)(1)**
    INC.; et. al.,
16
           Defendants.
17

18

19  **PLEASE TAKE NOTICE** that Plaintiff Lisa Stoelting, pursuant to Federal Rule of Civil

20  Procedure 41(a)(1), hereby voluntarily dismisses Defendant American Express as to all claims in

21  this action.

22         Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23         41(a) Voluntary Dismissal

24         (1) By the Plaintiff

25              (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26                  applicable federal statute, the plaintiff may dismiss an action without a court

27                  order by filing:

28                  (1) a notice of dismissal before the opposing party serves either an answer

                                              1
    PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN EXPRESS

1  or a motion for summary judgment.

2  Defendant American Express has neither answered Plaintiff's Complaint, nor filed a
3  motion for summary judgment. Accordingly, the matter may be dismissed against it for all
4  purposes and without an Order of the Court.

6  Dated: December 2, 2015                    Sagaria Law, P.C.

                                    By:    */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Lisa Stoelting