Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX, INC.; TRANSUNION, LLC;<br>AMERICAN EXPRESS COMPANY; FORD<br>MOTOR COMPANY; OMAHA SERVICE<br>CENTER; TRI COUNTIES BANK; WEBBANK;<br>and DOES 1 through 100, inclusive;<br>          Defendants. | CASE NO.  5:15-cv-03857-EJD<br><br>**STIPULATION AND<br>[PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE<br>BETWEEN PLAINTIFF AND<br>DEFENDANT TRANS UNION,<br>LLC ONLY** |

Plaintiff Lisa Stoelting, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03857-EJD**

Respectfully submitted,

Date: December 29, 2015        *s/ Elliot Gale (with consent)*
Scott J. Sagaria, Esq. (217981)
Elliot W. Gale, Esq. (263326)
Joseph B. Angelo, Esq. (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299

*Counsel for Plaintiff Christina Serna*

Date: December 31, 2015        *s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03857-EJD**
Page 2 of 3

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own
3  costs and attorneys' fees.

6  Date: _____1/6/2016_____                    _____[signature]_____
                                                JUDGE, United States District Court, Northern
7                                               District of California

8  DISTRIBUTION TO:

| Scott J. Sagaria, Esq. <br> sjsagaria@sagarialaw.com | Elliot W. Gale, Esq. <br> egale@sagarialaw.com |
|---|---|
| Alyssa M. Staudinger, Esq. <br> astaudinger@jonesday.com | Thomas P. Quinn, Esq. <br> tquinn@nokesquinn.com |
| Alyssa M. Staudinger, Esq. <br> astaudinger@jonesday.com | Ramon Ramirez, Esq. <br> ramonramirez@jonesday.com |
| Katherine E. Carlton Robinson, Esq. <br> krobinson@schuckitlaw.com | Lauren E. Tate, Esq. <br> ltate@tateandassociates-law.com |
| Alexander M. Porcaro, Esq. <br> aporcaro@fbm.com | Scott M. Johnson, Esq. <br> sjohnson@sagarialaw.com |