Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:15-CV-03857-EJD<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRI-COUNTIES BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Lisa Stoelting, pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismisses Defendant Tri Counties Bank as to all claims in

this action.

      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

      41(a) Voluntary Dismissal

      (1) By the Plaintiff

            (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

                applicable federal statute, the plaintiff may dismiss an action without a court

                order by filing:

                    (1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Tri Counties Bank has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed, with prejudice, against it for all purposes and without an Order of the Court.

Dated: January 12, 2016                                    Sagaria Law, P.C.

By:     _/s/ Elliot W. Gale_
                    Elliot W. Gale
Attorneys for Plaintiff
Lisa Stoelting

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRI COUNTIES BANK