1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                          UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   LISA STOELTING,                              Federal Case No.: 5:15-CV-03857-EJD
12
              Plaintiff,                        **PLAINTIFF'S AMENDED NOTICE OF**
13                                              **VOLUNTARY DISMISSAL OF**
       vs.                                      **DEFENDANT OMAHA SERVICE**
14                                              **CENTER PURSUANT TO FEDERAL**
   EXPERIAN INFORMATION SOLUTIONS,              **RULE OF CIVIL PROCEDURE 41(A)(1)**
15 INC.; et. al.,

16            Defendants.

17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Lisa Stoelting, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Omaha Service Center as to all claims

21 in this action.

22       Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23       41(a) Voluntary Dismissal

24       (1) By the Plaintiff

25            (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26                applicable federal statute, the plaintiff may dismiss an action without a court

27                order by filing:

28                (1) a notice of dismissal before the opposing party serves either an answer

1                 or a motion for summary judgment.

2         Defendant Omaha Service Center has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: January 12, 2016                        Sagaria Law, P.C.

By:     */s/ Elliot W. Gale*
                Elliot W. Gale
Attorneys for Plaintiff
Lisa Stoelting