Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING, | Federal Case No.: 5:15-CV-03857-EJD |
|         Plaintiff, | |
|    vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
|         Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Lisa Stoelting and defendant

Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

and costs.

//

//

//

//

//

//

1  DATED:  January 12, 2016                Sagaria Law, P.C.

2                                          By:    _/s/ Elliot W. Gale_____

3                                                        Elliot W. Gale
                                           Attorneys for Plaintiff
4                                          Lisa Stoelting

5
   DATED:  January 12, 2016                NOKES & QUINN
6

7

8                                          By:    _/s/Thomas Quinn_____

9                                                        Thomas Quinn
                                           Attorney for Defendant
10                                         Equifax, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

   Stipulation. I hereby attest that Thomas Quinn has concurred in this filing.
13
   _/s/ Elliot Gale_
14

15
                                **[PROPOSED] ORDER**
16
            Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.
17
            IT IS SO ORDERED.
18

19
   DATED:_____      _____
20                                         EDWARD J. DAVILA
                                           UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

---
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER