UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STOELTING,<br><br>        Plaintiff,<br><br>    v.<br><br>OMAHA SERVICE CENTER, et al.,<br><br>        Defendants. | Case No. 5:15-cv-03857-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize settlement agreements and file dismissals, the Case Management Conference scheduled for January 21, 2016, is CONTINUED to **10:00 a.m. on March 3, 2016**. The parties shall file an updated Joint Case Management Conference Statement on or before **February 25, 2016**.

**IT IS SO ORDERED.**

Dated: January 19, 2016

                                                    EDWARD J. DAVILA<br>                                                    United States District Judge